**Dismissed and Memorandum Opinion filed November 15, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00860-CV

**DONALD RAY MCCRAY, Appellant**

**V.**

**PRUDENTIAL INSURANCE, DOUGLAS D. MULDER, MICHELLE MULDER, KENNETH HOLT, DEANA R. DAVID AND DARRYL E. GLENN, Appellees**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-196144**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order dismissing appellant's cause of action under section 11.103 of the Texas Civil Practice and Remedies Code. Pursuant to chapter 11 of the Texas Civil Practice and Remedies Code, Donald Ray McCray has been declared a vexatious litigant and is therefore subject to a pre-filing order under section 11.101. Tex. Civ. Prac. & Rem. Code §§ 11.101, 11.103 (West Supp. 2012).

Under section 11.103(a), the clerk of this court may not file an appeal presented by

a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d) (West Supp. 2012). This is not an appeal from a pre-filing order entered under section 11.101.

On October 25, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction unless appellant, within ten days of the date of the order, filed a copy of the order from the local administrative judge permitting the filing of this appeal. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Busby.